**ALANNA D. COOPERSMITH** (SBN 248447)
Attorney at Law,
420 Third Street, Suite 250
Oakland, California 94607
Tel. 510.628.0596
Fax. 866.365.9759
alanna@eastbaydefense.com

Counsel for Defendant
**JULIO CESAR ROMAN TORRES**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 23-CR-491-JD |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME** |
| **JULIO CESAR ROMAN TORRES**, | |
| Defendant. | |

Defendant Julio Cesar Roman Torres, by and through his counsel, Alanna Coopersmith, and the government, by and through Assistant United States Attorney, Charles Bisesto, stipulate and agree as follows:

The next status hearing is set for December 16, 2024.

Defense counsel is unable to attend that status hearing. In a matter defense counsel is handling, due to the unavailability of a prosecution witness, a no-time-waiver preliminary hearing in state court was continued to December 16, 2024.

Counsel continues to review the discovery, discussing the best ways to proceed in light of the evidence, with the defendant and a Spanish interpreter.

The parties are engaged in settlement discussions, including the exchange of information and materials relevant to a negotiated resolution.

For these reasons, the parties stipulate and agree to a continuance of the status hearing from

1

December 16, 2024 to January 13, 2025.

The parties further agree that the period from December 16, 2024 through January 13, 2025, should be excluded from the time in which to commence trial under the Speedy Trial Act on the basis of effective preparation of counsel and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A),(B)(iv).

**IT IS SO STIPULATED**.

Dated: December 6, 2024

s/ *Alanna Coopersmith*
ALANNA COOPERSMITH
Counsel for Defendant
JULIO CESAR ROMAN TORRES

ISMAIL RAMSEY
United States Attorney

Dated: December 6, 2024

s/ *Charles Bisesto*
CHARLES BISESTO
Assistant U.S. Attorney

### [PROPOSED] ORDER

Based upon the foregoing stipulation, for good cause shown, it is hereby Ordered that the status hearing of December 16, 2024, is continued to January 27, 2025, at 10:30 a.m. It is further Ordered that the time from December 16, 2024 through January 27, 2025, is excluded from the time period in which to commence trial under the Speedy Trial Act on the basis of effective preparation of counsel, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A),(B)(iv). The Court finds the ends of justice served by an exclusion of time outweigh the best interests of the public and defendant in a speedy trial. *Id*. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Date: December 10, 2024

JAMES DONATO
United States District Judge